WALLIS, Asst. Com'r of Immigration, v. FEI NEI et al.

KEN SEW v. WALLIS, Asst. Com'r of Immigration.

(Circuit Court of Appeals, Fifth Circuit. February 11, 1916. Rehearing Denied March 27, 1916.)

No. 2745.

Appeal and Cross-Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge.

Habeas corpus by the United States, on the relation of Fei Nei and Chung (or Chang) Jung and of Ken Sew, against Joseph H. Wallis, assistant commissioner of immigration at the port of New Orleans, to obtain the release of the relators from deportation warrants in proceedings under Immigration Act Feb. 20, 1907, c. 1134, 34 Stat. 898, as amended by Act March 26, 1910, c. 128, 36 Stat. 264. From the orders of the District Court for the Eastern District of Louisiana, making the writs in the cases of Fei Nei and Chung (or Chang) Jung absolute and discharging the relators, respondent appeals, with cross-appeal by the relator Ken Sew from an order of the District Court of the United States for the Eastern District of Louisiana, discharging the writ. Orders discharging relators reversed, and cases remanded, and order on cross-appeal affirmed.

Jos. W. Montgomery, Asst. U. S. Atty., of New Orleans, La., for appellant and cross-appellee.

B. B. Howard, of New Orleans, La., and Robt. M. Moore, of New York City, for appellees and cross-appellant.

Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

GRUBB, District Judge. These appeals are not to be distinguished in their facts or the applicable law from the case of Wallis, Assistant Commissioner of Immigration, v. United States, on relation of Ng Sam and others, 230 Fed. 71, —— C. C. A. ——, just decided, and are governed by the ruling in that case.

The orders of the District Court involved in the direct appeals, making the writs absolute and discharging the relators, Fei Nei and Chung (or Chang) Jung, are reversed, and the cases remanded to the District Court, with directions to discharge the writs at relators' costs, and the order involved in the cross-appeal of Ken Sew will be affirmed.